The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DUSTIN RYAN VOGEL, <br><br> Defendant. | NO. CR21-00083RSM <br><br> ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 3 to the Government's Supervised Release Memorandum,

IT IS HEREBY ORDERED that Exhibit 3 to the Government's Supervised Memorandum shall remain sealed.

DATED this 5th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Zach Dillon*
ZACH DILLON
Assistant United States Attorney

ORDER TO SEAL/Vogel
CR21-00083RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800